ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | NO.  C 10-1694 SC |
| Plaintiff, | ) | |
| | ) | NOTICE OF VOLUNTARY |
| vs. | ) | DISMISSAL |
| | ) | |
| R.E. SERRANO, INC., a California corporation | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing a Case Management Conference set for August 6, 2010 at 10:00 a.m.,in Courtroom No. 1, 17th Floor, Golden Gate Avenue, San Francisco, CA.

Dated: July 28, 2010          ERSKINE & TULLEY



                              By:/s/ Michael J. Carroll
                                 Michael J. Carroll
                                 Attorneys for Plaintiff

IT IS SO ORDERED
Judge Samuel Conti

NOTICE OF VOLUNTARY DISMISSAL

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104.  On July 28, 2010 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**R.E. Serrano**
**Attn: Ron Dielissen**
**3430 Pacheco Blvd.**
**Martinez, CA 94553**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2010 at San Francisco, California.


　　　/s/Sharon Eastman
　　　SHARON EASTMAN